UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------X
IN RE:

BRADLEY C. REIFLER,

CHAPTER 7
CASE NO. 17-35075 (CGM)

                      Debtor.
-------------------------------------------------X
IN RE:

CYJF, LLC,

ADVERSARY PROCEEDING
CASE NO. 17-09017 (CGM)

                      Plaintiff,
    -against-

BRADLEY C. REIFLER,

                      Defendant.
-------------------------------------------------- X

**JUDGMENT AND ORDER DENYING DISCHARGE PURSUANT
TO BANKRUPTCY CODE SECTIONS 727(a)(4)(A) AND (a)(5) AND
DECLARING CLAIM OF CYJF, LLC TO BE NON-DISCHARGABLE
PURSUANT TO BANKRUPTCY CODE SECTIONS 523(a)(2)(A), (a)(4) AND (a)(6)**

Upon the denial of above captioned debtor's (the "Debtor") discharge in the adversary proceeding *North Carolina Mutual Life Insurance Company v. Reifler*, 17-09016-cgm in the Order Finding Defendant in Continuing Contempt of Court, Imposing Additional Sanctions and Entering Default Judgment (the "Default Order"); and the Default Order having been entered and final judgment having been entered and being no longer appealable, and Plaintiff having filed notice of the presentment of this Judgment in both this adversary proceeding and in the above-captioned main bankruptcy case; and Plaintiff having appropriate notice of the presentment of this Judgment; and no objections to the entry of this Judgment having been filed, the Court issues the following Judgment and Order:

**ORDERED**, that the Debtor's discharge is denied pursuant to pursuant to Section 727(a)(4)(A) and (a)(5) of the Bankruptcy Code; and it is further

**ORDERED**, that the claim of the above captioned plaintiff CYJF LLC (the "Plaintiff") against the Debtor is non-dischargeable pursuant to Section 523(a)(2)(A), (a)(4) and (a)(6) of the Bankruptcy Code; and it is further

**ORDERED**, that this Court will retain jurisdiction to resolve any disputes regarding this Order.



**Dated: November 15, 2019**
    **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**